RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Ezekiel Hanalei Kalei K. Yost

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00848-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Third Request) |
| EZEKIEL HANALEI KALEI K. YOST, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Ezekiel Hanalei Kalei K. Yost, that the Revocation Hearing currently scheduled on November 22, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Mr. Yost requires additional time to complete his special conditions of unsupervised probation.

2. The defendant is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1     This is the third request for a continuance of the status conference.

2     DATED this 15th day of November, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ *Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EZEKIEL HANALEI KALEI K. YOST,<br><br>    Defendant. | Case No. 2:22-mj-00848-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for November 22, 2024 at 11:30 a.m., be vacated and continued **January 31, 2025, at 11:30 a.m.**

DATED this 18th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3