RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Ezekiel Hanalei Kalei K. Yost

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00848-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fourth Request) |
| EZEKIEL HANALEI KALEI K. YOST, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Ezekiel Hanalei Kalei K. Yost, that the status conference currently scheduled on January 31, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.    Mr. Yost requires additional time to complete his special conditions of unsupervised probation.

2.    The defendant is out of custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

1      This is the fourth request for a continuance of the status conference.

2      DATED this 22nd day of January, 2025.

3

4    RENE L. VALLADARES          SUE FAHAMI
     Federal Public Defender          Acting United States Attorney

5

6

    By */s/ Rick Mula*               By */s/ Skyler Pearson*

7    RICK MULA                  SKYLER PEARSON
     Assistant Federal Public Defender   Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

UNITED STATES OF AMERICA,

Case No. 2:22-mj-00848-DJA

Plaintiff,

**ORDER**

5

6

v.

EZEKIEL HANALEI KALEI K. YOST,

7

Defendant.

8

9

10         IT IS THEREFORE ORDERED that the status conference currently scheduled for

11   January 31, 2025 at 11:30 a.m., be vacated and continued to **April 11, 2025, at 11:30 a.m.**

12

13         DATED this 22nd day of January, 2025.

14

15   _____

16                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

3