RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Ezekiel Hanalei Kalei K. Yost

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00848-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (Fifth Request) |
| EZEKIEL HANALEI KALEI K. YOST, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Ezekiel Hanalei Kalei K. Yost, that the Status Conference currently scheduled on April 11, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel plans to be out of the district on the date and time set for the status check.

2. Mr. Yost requires additional time to complete his special conditions of unsupervised probation.

3. The parties agree to the continuance.

This is the fifth request for a continuance of the status conference.

DATED this 31st day of March, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Skyler Pearson*<br>SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEKIEL HANALEI KALEI K. YOST,<br><br>Defendant. | Case No. 2:22-mj-00848-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status conference currently scheduled for April 11, 2025 at 11:30 a.m., be vacated and continued to **May 16, 2025, at 11:30 a.m.**

DATED this 2nd day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE