Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org


*Attorney for Defendant Ezekiel Yost

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:22-mj-00848-DJA |
| v. | **Unopposed Motion to Vacate Status Conference** |
| Ezekiel Hanalei Kalei K. Yost, | |
| Defendant. | |

### I.    Introduction

Counsel for Mr. Yost respectfully requests that the Court vacate the status conference set for June 20, 2025, and decline to reduce Mr. Yost's conviction for Operating a Motor Vehicle while Under the Influence of Drugs to reckless driving.

### II.    Procedural Background

The government charged Mr. Yost in a complaint (ECF No. 1) with two counts:

- Count One: Operating a Motor Vehicle while Under the Influence of Drugs, 36 C.F.R. § 4.23(a)(1); and

- Count Two: Speeding, 36 C.F.R. § 4.21(c).

(ECF No. 1.)

Mr. Yost entered a plea agreement. (ECF No. 16.) Pursuant to that plea agreement, Mr. Yost pleaded guilty to Count One. (ECF No. 15.) He was sentenced as follows:

> Defendant is sentenced to one year unsupervised probation; $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI course and victim impact panel; and restricted from Lake Mead National Recreational Area for 6 months. If the defendant successfully completes his conditions within the first six months, government counsel will move to amend count one to Reckless Driving 36 CFR Section 4.2(b)/NRS 484.653(1), see plea agreement.

(ECF No. 15.)

Defense counsel has lost contact with Mr. Yost and has been unable to verify whether he has completed the conditions of supervision that would warrant a reduction to reckless driving. The last time that defense counsel spoke with Mr. Yost (around August 2024), Mr. Yost was homeless and living out of his vehicle. Since that time, defense counsel and Federal Public Defender staff have made multiple unsuccessful attempts to contact Mr. Yost, including through relatives. Under the circumstances, defense counsel would respectfully request that the Court vacate the status conference set for June 20, 2025,[1] and decline to reduce Mr. Yost's conviction for Operating a Motor Vehicle while Under the Influence of Drugs to reckless driving.

Defense counsel has conferred with Assistant United States Attorney Skyler Pearson who has no opposition to this motion.

---

[1] In addition, defense counsel plans to be out of the district at an intensive, off-site training on the date set for the status conference.

1    **III.    Conclusion**

2        Defense counsel respectfully requests that the Court vacate the status

3    conference set for June 20, 2025, and decline to reduce Mr. Yost's conviction for

4    Operating a Motor Vehicle while Under the Influence of Drugs to reckless driving.

5        Dated June 2, 2025.

6                                              Respectfully submitted,

7
                                              Rene L. Valladares
8                                             Federal Public Defender

9
                                              */s/ Rick Mula*
10                                            _____
                                              Rick Mula
11                                            Assistant Federal Public Defender

12

13

14
                                              IT IS SO ORDERED:
15

16                                            _____
17                                            UNITED STATES MAGISTRATE
                                              JUDGE
18                                                     6/03/2025
                                              DATED: _____
19

20

21

22

23

24

25

26

27